UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Sheryl Courtney, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10130-DRH |
| *Cynthia Coy v. Bayer Corporation, et al.* | No. 11-cv-13606-DRH |
| *Cindy Doughty v. Bayer Corporation, et al.* | No. 09-cv-20082-DRH |
| *Laura Hankins v. Bayer Corporation, et al.* | No. 12-cv-10375-DRH |
| *Amanda Ilse, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10913-DRH |
| *Virginia Kilpatrick v. Bayer Corporation, et al.* | No. 12-cv-11417-DRH |
| *Julia Maktaz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13175-DRH |
| *Alisa Maximova, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10596-DRH |
| *Debra Reuter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12111-DRH |
| *Holly Sabel v. Bayer Corporation, et al.* | No. 10-cv-11703-DRH |
| *Laura Vander Stelt v. Bayer Corporation, et al.* | No. 12-cv-10604-DRH |
| *Courtney Welcome, et al. v. Bayer Corporation, et al.* | No. 10-cv-13726-DRH |
| *Charity Waldner v. Bayer Corporation, et al.* | No. 12-cv-11416-DRH |
| *Emily Williams v. Bayer Corporation, et al.* | No. 10-cv-11951-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 22, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

>                                        **JUSTINE FLANAGAN,**
>                                        **ACTING CLERK OF COURT**
>
>                                        BY:   /s/*Caitlin Fischer*
>                                              **Deputy Clerk**

**Dated:**  July 22, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.22
14:36:53 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**

2